B6D (Official Form 6D) (12/07)

In re **Keith J. Burgess** _____.        Case No. _____

                        **Debtor**                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ********7582  **Aurora Loan Services** **10350 PArk Meadows Drive** **Suite 500** **Littleton, CO 80124** | | | **Deed of Trust** **5707 Wainwright Avenue** **Rockville, MD 20850** **VALUE $200,000.00** | | | | 102,659.51 | 102,659.51 |
| ACCOUNT NO.   *********1225  **BAC Home Loans** **450 American Street #SV416** **Simi Valley, CA 93065** | | J | **Deed of Trust** **315 Dunes Blvd #1006** **Naples, FL 34110** **VALUE $500,000.00** | | | | 1,000,062.00 | 500,062.00 |
| ACCOUNT NO.   ********8714  **BAC Home Loans** **450 American Street #SV416** **Simi Valley, CA 93065** | | | **5703 Wyngate Drive** **Bethesda, MD 20817** **VALUE $1,000,000.00** | | | | 800,000.00 | 42,341.00 |
| ACCOUNT NO.   ********1741  **First Citizens Bank** **975 Emmet Street, N** **Suite B** **Charlottsville, VA 22903** | | J | **Deed of Trust** **516 Brookway Drive** **Charlottesville, VA 22901** **VALUE $337,500.00** | | | | 357,990.79 | 20,490.79 |

4   continuation sheets
    attached

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 2,260,712.30 | $ 665,553.30 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re __Keith J. Burgess_____.  Case No. _____
                        __Debtor__                                    __(If known)__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ********  <br><br>**PHH**<br>**Mortgage Services Center**<br>**P.O. Box 5452**<br>**Mt. Laurel, NJ 08054** | | | **Deed of Trust**<br>**2685 Barracks Road #11**<br>**Charlottesville, VA 22901**<br>**2685 Barracks Road #3**<br>**Charlottesville, VA 22901**<br>**2685 Barracks Road #7**<br>**Charlottesville, VA 22901**<br><br>**VALUE $270,000.00** | | | | 342,679.00 | 72,679.00 |
| ACCOUNT NO.   **********   <br><br>**PNC Bank/National City Mortgage**<br>**P.O. Box 3059**<br>**Milwaukee, WI 53201** | | J | **Second Lien on Property**<br>**1610 4th Street, NW**<br>**Washington, DC 20001**<br><br>**VALUE $218,079.00** | | | | 41,710.00 | 0.00 |
| ACCOUNT NO.   *******3033  <br><br>**PNC Mortgage**<br>**P.O. Box 1820**<br>**Dayton, OH 45402** | | J | **5114 Bradley Blvd**<br>**Bethesda, MD 20817**<br><br>**VALUE $475,000.00** | | | | 426,000.00 | 1,000.00 |
| ACCOUNT NO.   ***********  <br><br>**PNC Mortgage**<br>**6 N. Main Street**<br>**Dayton, OH 45402** | | J | **Deed of Trust**<br>**1610 4th Street, NW**<br>**Washington, DC 20001**<br><br>**VALUE $218,079.00** | | | | 218,079.00 | 0.00 |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

| $ 1,028,468.00 | $ 73,679.00 |
|---|---|

Total ➤
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  __Keith J. Burgess_____,     Case No. _____
                         **Debtor**                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  *********<br><br>**PNC Mortgage**<br>**6 N. Main Street**<br>**Dayton, OH 45402** | | | **Deed of Trust**<br>**331 Driftwood Lane**<br>**Solomons, MD 20688**<br><br>**VALUE $200,000.00** | | | | 142,427.00 | 0.00 |
| ACCOUNT NO.  *******0443<br><br>**PNC Mortgage**<br>**6 N. Main Street**<br>**Dayton, OH 45402** | | | **Deed of Trust**<br>**5114 Bradley Blvd**<br>**Bethesda, MD 20817**<br><br>**VALUE $425,000.00** | | | | 475,000.00 | 1,000.00 |
| ACCOUNT NO.  *****0140<br><br>**PNC Mortgage**<br>**6 N. Main Street**<br>**Dayton, OH 45402** | | J | **Deed of Trust**<br>**9603 Kanfer Ct.**<br>**Gaithersburg, MD 20866**<br><br>**VALUE $150,000.00** | | | | 55,329.00 | 0.00 |
| ACCOUNT NO.  ****7715<br><br>**Toyota Motor Credit**<br>**P.O. Box 8029**<br>**Cockeysville, MD 21030** | | | **VALUE $0.00** | | | | 31,741.00 | 0.00 |
| ACCOUNT NO.  ******5287<br><br>**Virginia  Commerce Bank**<br>**5330 Lee Highway**<br>**Arlington, VA 22207** | | | **Second Lien on Residence**<br>**5703 Wyngate Drive**<br>**Bethesda, MD 20817**<br><br>**VALUE $1,000,000.00** | | | | 242,341.78 | 42,341.00 |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢
(Total of this page)

$ 946,838.78 | $ 43,341.00

Total ➢
(Use only on last page)

$ | $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re  **Keith J. Burgess** _____ .      Case No. _____
                                            **Debtor**                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  *********  **Virginia  Commerce Bank 5330 Lee Highway Arlington, VA 22207** | | J | **Deed of Trust 7505 Granada Dr, LLC 37.5% owner**<br><br>**VALUE $1,400,000.00** | | | | 1,500,000.00 | 0.00 |
| ACCOUNT NO.  ************  **Virginia  Commerce Bank 5330 Lee Highway Arlington, VA 22207** | | | **Deed of Trust 1701 18th Street Washington, DC 2009 25% Owner**<br><br>**VALUE $750,000.00** | | | | 518,592.00 | 0.00 |
| ACCOUNT NO.  **************  **Wachovia Bank P.O. BOX 3117 Winston Salem, NC 27102** | | | **Deed of Trust 301 Broadwood Drive Rockville, MD 20850**<br><br>**VALUE $200,000.00** | | | | 211,000.00 | 11,000.00 |
| ACCOUNT NO.  ******6967  **Washington Savings Bank 4201 Mitchelville Road Suite 202 Bowie, MD 20716** | | J | **Second Lien 5707 Wainwright Avenue Rockville, MD 20850**<br><br>**VALUE $200,000.00** | | | | 316,765.54 | 0.00 |
| ACCOUNT NO.  *******5727  **Washington Savings Bank 4201 Mitchellville Road #503 Bowie, MD 20716** | | C | **Deed of Trust 122 & 132 St. Andrews St. Gordansville, VA 22942**<br><br>**VALUE $450,000.00** | | | | 368,971.00 | 0.00 |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal    ➢
(Total of this page)                                    $  2,915,328.54  $      11,000.00

Total    ➢
(Use only on last page)                                 $                 $

(Report also on Summary of   (If applicable, report
Schedules)                   also on Statistical
                             Summary of Certain
                             Liabilities and
                             Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re   <u>Keith J. Burgess</u>                                        .          Case No.   _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ******* <br><br> **Washington Savings Bank** <br> **4201 Mitchellville Road #503** <br> **Bowie, MD 20716** | | J | **Deed of Trust** <br> **6409 Kirby Road, LLC** <br> **37.5% Owner** <br><br> **VALUE $1,400,000.00** | | | | 1,500,000.00 | 0.00 |
| ACCOUNT NO.  ********** <br><br> **Wellls Fargo Home Mortgage** <br> **8480 Stagecoach Circle** <br> **Frederick, MD 21701** | | | **Deed of Trust** <br> **301 Broadwood Drive** <br> **Rockville, MD 20850** <br><br> **VALUE $200,000.00** | | | | 120,894.00 | 120,894.00 |

Sheet no.  <u>4</u> of  <u>4</u> continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  1,620,894.00 | $  120,894.00 |
| $  8,772,241.62 | $  914,467.30 |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Keith J. Burgess** _____    Case No. _____
                          Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Keith J. Burgess**                                              Case No. _____
_____                                            (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ******* <br> **Internal Revenue Service** <br> **8401 Corporate Drive** <br> **Suite 300** <br> **Landover, MD 20785** | | | **Taxes Owed 2008** | | | | **2,886.00** | **2,886.00** | **$0.00** |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals► (Totals of this page) | $ **2,886.00** | $ **2,886.00**  $ **0.00** |
| Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **2,886.00** | |
| Total ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **2,886.00**  $ **0.00** |

**B6F (Official Form 6F) (12/07)**

In re    **Keith J. Burgess** _____    Case No. _____
Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    *******3472 | | | | | | | 7,893.00 |
| Chase GM Business Card P.o. Box 15153 Wilmington, DE 19886 | | | Credit Card | | | | |
| ACCOUNT NO.    ******7084 | | | | | | | 10,591.00 |
| Citi P.O. Box 6241 Sioux Falls, SD 57117 | | | Credit Card | | | | |
| ACCOUNT NO.    ********2009 | | J | | | | | 224,953.00 |
| Jeff Katz c/o Gordon & Simmons, LLC 1050 Key Parkway #101 Frederick, MD 21702 | | | Civil  Claim Judgment | | | | |
| ACCOUNT NO.    *********6500 | | | | | | | 4,962.38 |
| U.S. Airways P.O. Box 13337 Philadelphia, PA 19101 | | | Credit Card | | | | |
| ACCOUNT NO.    *******5287 | | | | | | | 242,341.00 |
| Virginia Commerce Bank 14201 Sullyfield Circle Suite 500 Chantilly, VA 20151 | | | Line of Credit | | | | |

1   Continuation sheets attached

Subtotal  ➤  $  **490,740.38**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Keith J. Burgess** _____

Case No. _____

Debtor                                                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   ******* <br><br> **Wachovia Bank** <br> **P.O. Box 3117** <br> **Winston Salem, NC 27102** | | | **Line of credit** | | | | **79,809.00** |
| ACCOUNT NO.   *********2440 <br><br> **Washington Savings Bank** <br> **4201 Mitchelleville Road** <br> **Suite 503** <br> **Bowie, MD 20716** | | J | **Guarantor of Infrastructure Associates, LLC** | | | | **500,000.00** |
| ACCOUNT NO.   *******8281 <br><br> **Washington Savings Bank** <br> **4201 Mitchelleville Road** <br> **Suite 503** <br> **Bowie, MD 20716** | | J | **Foreclosure on BPAO, LLC** | | | | **3,795,925.64** |
| ACCOUNT NO.   ******3462 <br><br> **Wells Fargo** <br> **P.O. Box 348750** <br> **Sacramento, CA 95834** | | | **Credit Card** | | | | **3,059.01** |
| ACCOUNT NO.   *********4807 <br><br> **Wells Fargo** <br> **P.O. Box 348750** <br> **Sacramento, CA 95834** | | J | **Credit Card** | | | | **3,165.10** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $ **4,381,958.75**

Total  ➢  $ **4,872,699.13**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)