B6A (Official Form 6A) (12/07)

In re:   **Keith J. Burgess**                                     ,          Case No.   __10-23525__
                 **Debtor**                                                                      (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 122 & 132 St. Andrews St. Gordansville, VA 22942 | Co-Owner | J | $ 450,000.00 | $ 378,000.00 |
| 1610 4th Street, NW Washington, DC 20001 | Co-Owner | J | $ 218,079.00 | $ 218,079.00 |
| 1701 18th Street Washington, DC 2009 25% Owner | Co-Owner | J | $ 750,000.00 | $ 518,592.00 |
| 2669 Aldersgate Way Charlottesville, VA 22911 | Fee Owner | J | $ 275,000.00 | $ 288,000.00 |
| 2685 Barracks Road #11 Charlottesville, VA 22901 | Fee Owner | J | $ 90,000.00 | $ 119,000.00 |
| 2685 Barracks Road #3 Charlottesville, VA 22901 | Fee Owner | J | $ 90,000.00 | $ 109,912.00 |
| 2685 Barracks Road #7 Charlottesville, VA 22901 | Fee Owner | J | $ 90,000.00 | $ 113,767.00 |
| 301 Broadwood Drive Rockville, MD 20850 | Fee Owner | | $ 200,000.00 | $ 211,000.00 |
| 315 Dunes Blvd #1006 Naples, FL 34110 | Co-Owner | J | $ 500,000.00 | $1,000,062.00 |
| 331 Driftwood Lane Solomons, MD 20688 | Co-Owner | J | $ 200,000.00 | $ 142,427.00 |
| 38% Owner 6409 Kirby Road, LLC Bethesda, MD 20814 | Co-Owner | J | $1,500,000.00 | $1,400,000.00 |
| 38% Owner 7505 Granada Drive, LLC Bethesda, MD 20817 | Co-Owner | J | $1,500,000.00 | $1,400,000.00 |
| 5114 Bradley Blvd Bethesda, MD 20817 | Fee Owner | | $ 425,000.00 | $ 426,000.00 |
| 516 Brookway Drive Charlottesville, VA 22901 | Co-Owner | J | $ 337,500.00 | $ 357,990.79 |
| 5703 Wyngate Drive Bethesda, MD 20817 | Fee Owner | | $1,000,000.00 | $1,042,341.00 |

**B6A (Official Form 6A) (12/07) - Cont.**

In re: **Keith J. Burgess** ,   Case No. **10-23525**
       **Debtor**        (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 5707 Wainwright Avenue<br>Rockville, MD 20850 | Fee Owner | | $ 200,000.00 | $ 102,659.51 |
| 9603 Kanfer Ct.<br>Gaithersburg, MD 20866 | Co-Owner | J | $ 150,000.00 | $ 55,329.00 |
| | | Total ➢ | $7,975,579.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Keith J. Burgess**                                ,    Case No.  **10-23525**
                    Debtor                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | | 33.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**Wachovia Bank**<br>**7901 Wisconsin Avenue**<br>**Bethesda, MD 20817** | | 1,500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **3 Televisions** | | 150.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Audio Equipment** | | 100.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bed and 2 End Table** | | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Bed and 2 End Table** | | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Couch & Table** | | 30.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Deck Table and chairs** | | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Desktop Computer** | | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Dining Table and Chairs** | | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Fax/Printer/Scanner** | | 25.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen Appliances and Accesories** | | 60.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen Table and chairs** | | 50.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Sofa, 2 Chairs, End Table** | | 75.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **Twin Bed and Dresser** | | 35.00 |
| Household goods and furnishings, including audio, video, and computer equipment. | | **VCR** | | 15.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Keith J. Burgess**, Case No. **10-23525**
Debtor (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 100 DVDs | | 200.00 |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 13 Pictures | | 100.00 |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 75 Books | | 50.00 |
| 6. Wearing apparel. | | 1 Pair of Boots | | 5.00 |
| Wearing apparel. | | 10 Pairs of Pants | | 30.00 |
| Wearing apparel. | | 10 Pairs of shoes | | 10.00 |
| Wearing apparel. | | 10 Shirts | | 20.00 |
| Wearing apparel. | | 10 Sweaters | | 5.00 |
| Wearing apparel. | | 15 Hats | | 7.50 |
| Wearing apparel. | | 15 Pairs of jeans | | 30.00 |
| Wearing apparel. | | 20 Ties | | 10.00 |
| Wearing apparel. | | 5 Jackets<br>5 Coats | | 50.00 |
| Wearing apparel. | | 5 Suits | | 50.00 |
| Wearing apparel. | | 50 T-Shirts | | 25.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Digital Camera | | 20.00 |
| Firearms and sports, photographic, and other hobby equipment. | | Exercise Equipment & Weights | | 75.00 |
| Firearms and sports, photographic, and other hobby equipment. | | Mountain Bike | | 50.00 |
| Firearms and sports, photographic, and other hobby equipment. | | Pool Table and Accessories | | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Auto/Homeowners<br>Statefarm Mutual<br>131 Rollins Ave., Suite 2A<br>Rockville, MD 20852 | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Health Insurance<br>Care First BCBS<br>840 First Street, NE<br>Washington, DC 20065 | | 0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Keith J. Burgess**                                      ,        Case No.   **10-23525**
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance**<br>**ING Insurance**<br>**20 Washington Avenue S.**<br>**Minneapolis, MN 55401** | | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance**<br>**Massachusetts Mutual Life**<br>**1295 State Street**<br>**Springfield, MA 01111** | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA**<br>**Infinex Financial Group**<br>**538 Preston Avenue**<br>**Meriden, CT 06450** | | 73,214.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Roth-IRA**<br>**Infinex Financial Group**<br>**538 Preston Avenue**<br>**Meriden, CT 06450** | | 1,485.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **SEP-IRA**<br>**Infinex Financial Group**<br>**538 Preston Avenue**<br>**Meriden, CT 06450** | | 124,268.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **25% Interest**<br>**1701 Condo Associates, LLC** | | 55,000.00 |
| Interests in partnerships or joint ventures. Itemize. | | **3413 Rhode Island Avenue, LLC**<br>**40% Owner** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **50% Interest**<br>**Brookway Drive, LLC** | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **50% Interest**<br>**CB@ Springcreek, LLC** | | 10,000.00 |
| Interests in partnerships or joint ventures. Itemize. | | **6409 Kirby Road, LLC**<br>**37.5% Owner** | | 562,500.00 |
| Interests in partnerships or joint ventures. Itemize. | | **7505 Granada Dr, LLC**<br>**37.5% owner** | | 562,500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Keith J. Burgess**, Case No. **10-23525**
           Debtor                                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **8702 Ridge Road, LLC** 37.% Owner | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Asset One Construction, LLC** 50% Owner | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **BPAO, LLC** 50% Owner | | 0.00 |
| Interests in partnerships or joint ventures. Itemize. | | **Infrastructure Associates, LLC** 25% Owner | | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Insurance License** | | 0.00 |
| Licenses, franchises, and other general intangibles. Give particulars. | | **Securities License** | | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Lexus 470LX** 185000 miles | | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Keith J. Burgess** ,                                   Case No. **10-23525**
                    Debtor                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Desk/Chair** | | **50.00** |
| Office equipment, furnishings, and supplies. | | **Filing Cabinet** | | **25.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

           __4__ continuation sheets attached                Total  ➤  **$1,397,202.50**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Keith J. Burgess**                                              ,          Case No.    **10-23525**
                                   Debtor                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1 Pair of Boots** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 5.00 | 5.00 |
| **10 Pairs of Pants** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 30.00 | 30.00 |
| **10 Pairs of shoes** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 10.00 | 10.00 |
| **10 Shirts** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 20.00 | 20.00 |
| **10 Sweaters** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 5.00 | 5.00 |
| **100 DVDs** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | 200.00 | 200.00 |
| **13 Pictures** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | 100.00 | 100.00 |
| **15 Hats** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 7.50 | 7.50 |
| **15 Pairs of jeans** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 30.00 | 30.00 |
| **20 Ties** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 10.00 | 10.00 |
| **2002 Lexus 470LX 185000 miles** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | 3,000.00 | 5,000.00 |
| | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5)** | 2,000.00 | |
| **3 Televisions** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 150.00 | 150.00 |
| **5 Jackets 5 Coats** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 50.00 | 50.00 |
| **5 Suits** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 50.00 | 50.00 |
| **50 T-Shirts** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 25.00 | 25.00 |
| **75 Books** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | 50.00 | 50.00 |
| **Audio Equipment** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4)** | 0.00 | 100.00 |

B6C (Official Form 6C) (4/10) - Cont.

In re   Keith J. Burgess                                ,   Case No.   10-23525
                              Debtor                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Auto/Homeowners Statefarm Mutual 131 Rollins Ave., Suite 2A Rockville, MD 20852 | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 0.00 | 0.00 |
| Bed and 2 End Table | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 50.00 | 50.00 |
| Bed and 2 End Table | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 50.00 | 50.00 |
| Cash | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 33.00 | 33.00 |
| Checking Account Wachovia Bank 7901 Wisconsin Avenue Bethesda, MD 20817 | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5) | 1,500.00 | 1,500.00 |
| Couch & Table | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 30.00 | 30.00 |
| Deck Table and chairs | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 25.00 | 25.00 |
| Desk/Chair | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 50.00 | 50.00 |
| Desktop Computer | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 50.00 | 50.00 |
| Digital Camera | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 20.00 | 20.00 |
| Dining Table and Chairs | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 75.00 | 75.00 |
| Exercise Equipment & Weights | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 75.00 | 75.00 |
| Fax/Printer/Scanner | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 25.00 | 25.00 |
| Filing Cabinet | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 25.00 | 25.00 |
| Health Insurance Care First BCBS 840 First Street, NE Washington, DC 20065 | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(3) | 0.00 | 0.00 |
| Insurance License | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 0.00 | 0.00 |
| IRA Infinex Financial Group 538 Preston Avenue Meriden, CT 06450 | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) | 73,214.00 | 73,214.00 |
| Kitchen Appliances and Accesories | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 60.00 | 60.00 |

B6C (Official Form 6C) (4/10) - Cont.

In re  **Keith J. Burgess**,                                 Case No. **10-23525**
                    Debtor                                                     (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **Kitchen Table and chairs** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 50.00 | 50.00 |
| **Life Insurance**<br>**ING Insurance**<br>**20 Washington Avenue S.**<br>**Minneapolis, MN 55401** | Md. Code Ann., Ins. § 16-111(a) | 0.00 | 0.00 |
| **Life Insurance**<br>**Massachusetts Mutual Life**<br>**1295 State Street**<br>**Springfield, MA 01111** | Md. Code Ann., Ins. § 16-111(a) | 0.00 | 0.00 |
| **Mountain Bike** | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 50.00 | 50.00 |
| **Pool Table and Accessories** | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 100.00 | 100.00 |
| **Roth-IRA**<br>**Infinex Financial Group**<br>**538 Preston Avenue**<br>**Meriden, CT 06450** | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) | 1,485.00 | 1,485.00 |
| **Securities License** | Md. Code Ann., Cts. & Jud. Proc. §11-504(f) | 0.00 | 0.00 |
| **SEP-IRA**<br>**Infinex Financial Group**<br>**538 Preston Avenue**<br>**Meriden, CT 06450** | Md. Code Ann., Cts. & Jud. Proc. §11-504(h) | 124,268.00 | 124,268.00 |
| **Sofa, 2 Chairs, End Table** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 75.00 | 75.00 |
| **Twin Bed and Dresser** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 35.00 | 35.00 |
| **VCR** | Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(4) | 15.00 | 15.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6G (Official Form 6G) (12/07)

In re:   **Keith J. Burgess**_____,    Case No.   **10-23525**_____
                         Debtor                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Advantage Handyman**<br>516 Brookway Drive<br>Charlottesville, VA 22901 | $2933. per month |
| **Andrew Warnecke**<br>1701 18th Street #101<br>Washington, DC 20009 | $3000.00 per month |
| **Casey Johnson**<br>5114 Bradley Blvd<br>Bethesda, MD 20814 | $2750.00 per month |
| **Chastity Blair**<br>2685 Barracks Road #11<br>Charlottesville, VA 22901 | $790.00 per month |
| **Crystal Johnson**<br>2685 Barracks Road #7<br>Charlottesville, VA 22901 | $810.00 per month |
| **David Pelletier**<br>122 Andrews Street<br>Gordansville, VA 22942 | $1175.00 per month |
| **Derrick Johnson**<br>1701 18th Street #103<br>Washington, DC 20009 | $2900.00 per month |
| **Elizabeth Sweet**<br>301 Broadwood Drive<br>Rockville, MD 20850 | $1800.00 per month |

B6G (Official Form 6G) (12/07) -Cont.

In re: __Keith J. Burgess_____,   Case No. __10-23525_____
                Debtor                                               (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jason Matthews & Anne Ronkin<br>132 Andrews Street<br>Gordansville, VA 22942 | $1125.00 per month |
| Jennifer & Woody Pritchett<br>2669 Aldersgate Way<br>Charlottesville, VA 22911 | $1325.00 per month |
| Jose Amaya<br>5707 Wainwright Avenue<br>Rockville, MD 20850 | $1600.000 per month |
| Karen Davis<br>9603 Kanfer Court<br>Gaithersburg, MD 20878 | $1500.00 per month |
| Lisa Amos<br>2685 Barracks Road #3<br>Charlottesville, VA 22901 | $810.00 per month |
| Mahteme Metaferia, et al.<br>1610 4th Street, NW<br>Washington, DC 20001 | $2600.00 per month |
| William Turnell<br>331 Driftwood Lane<br>Solomons, MD 20688 | $1600.00 per month |

B6H (Official Form 6H) (12/07)

In re: **Keith J. Burgess**                                   Case No. **10-23525**
                    **Debtor**                                              (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **Keith J. Burgess**                                              Case No.   **10-23525**
                    Debtor                                                            (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Daughter** | AGE(S): **4** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Broker** | |
| Name of Employer | **Self Employed** | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 6,000.00 | $ |
| 2. Estimate monthly overtime | $ 0.00 | $ |
| 3. SUBTOTAL | $ 6,000.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ 0.00 | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 6,000.00 | $ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. Income from real property | $ 0.00 | $ |
| 9. Interest and dividends | $ 0.00 | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ |
| 12. Pension or retirement income | $ 0.00 | $ |
| 13. Other monthly income (Specify) | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,000.00 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,000.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**NONE**

B6J (Official Form 6J) (12/07)

In re **Keith J. Burgess**                    , Case No. **10-23525**
        Debtor                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 4,789.00 |
| a. Are real estate taxes included?  Yes ✓  No ___ | |
| b. Is property insurance included?  Yes ✓  No ___ | |
| 2. Utilities: a. Electricity and heating fuel | $ 160.00 |
| b. Water and sewer | $ 35.00 |
| c. Telephone | $ 130.00 |
| d. Other **cable** | $ 150.00 |
| **Security** | $ 20.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 200.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 25.00 |
| 8. Transportation (not including car payments) | $ 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 150.00 |
| c. Health | $ 526.00 |
| d. Auto | $ 103.00 |
| e. Other ___ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) ___ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other ___ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,408.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 6,000.00 |
| b. Average monthly expenses from Line 18 above | $ 6,408.00 |
| c. Monthly net income (a. minus b.) | $ -408.00 |